USDC- BALTIMORE
'26 OCT 29 PM4:25

LNE
JIH: USAO 2026R00290

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO.** JRR-26-382 |
| **LEE SCOTT WYGAL RALSTON,** | * | **(Possession and Making of Unregistered Destructive Devices, 26 U.S.C. § 5861(c), (d), (f), (i); Forfeiture, 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))** |
| **Defendant.** | * | |

*******

**INDICTMENT**

**COUNT ONE**
**(Illegal Possession and Making of Destructive Devices)**

The Grand Jury for the District of Maryland charges that:

On or about April 14, 2026, in the District of Maryland, the Defendant,

**LEE SCOTT WYGAL RALSTON,**

unlawfully and knowingly possessed and made 28 firearms as defined in 26 U.S.C. § 5845(a), that is, 28 destructive devices, commonly referred to as CO2 canister "crickets" or "cricket pipe bombs," as further defined in 26 U.S.C. § 5845(f), that were made in violation of the provisions of the National Firearms Act (Chapter 53), and that were not registered to him in the National Firearms Registration and Transfer Record, and that were not identified by a serial number as required by the National Firearms Act (Chapter 53), in violation of Title 26, United States Code, Sections 5841, 5845(a) and (f), 5861(c), (d), (f), (i), and 5871.

26 U.S.C. § 5841
26 U.S.C. §§ 5845(a) and (f)
26 U.S.C. §§ 5861(c), (d), (f), (i)
26 U.S.C. § 5871

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One of this Indictment, the Defendant,

**LEE SCOTT WYGAL RALSTON,**

shall forfeit to the United States, pursuant to U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

a. twenty-eight destructive devices, commonly referred to as "cricket" improvised explosive destructive devices, some containing BBs;

b. four additional small clay-like suspected improvised explosive devices;

c. four large (approximately 4" long) vials containing suspected flash powder;

d. six large (approximately 4" long) vials containing suspected smokeless powder;

e. an approximately 21-gram bag of suspected flash powder;

f. a 16-ounce plastic water bottle containing suspected homemade Thermite;

g. a homemade remote firing system with range extender, designed to remotely detonate improvised destructive devices;

h. various consumer-grade fireworks;

i. various equipment commonly used in the manufacture of improvised explosives; and

j. bulk quantities of precursor materials commonly used in the manufacture of improvised explosives,

all seized from 1203 Black Walnut Lane, Annapolis, Maryland, 21403, on or about April 14, 2026.

**Substitute Assets**

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

26 U.S.C. § 5872
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

10/29/2026
Date