IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JRR-26-00382 |
| LEE SCOTT WYGAL RALSTON | * | |

* * * * *

**NOTICE OF APPEAL OF DETENTION ORDER AND REQUEST FOR HEARING**

Defendant Lee Scott Wygal Ralston, by and through his counsel, Andrew C. White and Silverman Thompson Slutkin & White, LLC, hereby moves this Honorable Court pursuant to 18 U.S.C.A. 3145(b), to revoke the order of detention issued by United States Magistrate Judge Erin Aslan on October 16, 2026. (ECF 10)

Defendant requests that this Court conduct a *de novo* review of the detention order and issue an order setting reasonable conditions of pretrial release pursuant to !8 U.S.C. §3142(c).

**Respectfully submitted,**

/s/

Andrew C. White
Silverman Thompson Slutkin & White, LLC
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202

COUNSEL FOR LEE SCOTTT WYGAL RALSTON

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system.

/s/

Andrew C. White